UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

DAMIAN TREFFS,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, New York City Police Department Officer ("P.O.") ODED ELIAV (Shield No. 3532), Deputy Inspector ("D.I.") DANIEL MULLIGAN, Sergeant ("SGT.") JOSEPH MILLER (Shield No. 3580), P.O. DENNIS FERRER (Shield No. 2919), Sgt. FRANKLIN TORRES (Shield number of said officer not being known to plaintiff at this time), Captain ("CPT.") ROWELL, SGT. EDWARD MONAHAN (Shield No. 2171), P.O. RAUL SANTOS (Shield No. 2329), P.O. RALPH GONZALEZ (Shield No. 9024), SGT. RICHARD ROE and P.O. JOHN DOE (the names Richard Roe and John Doe being ficititous as the true names and shield numbers are not presently known), in their individual and official capacities,,

                                              Defendants.
------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

12CV3030 (HB) (KNF)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

          1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Rankin and Taylor<br>*Attorneys for Plaintiff*<br>11 Park Place, Suite 914<br>New York, NY 10007<br>212-226-4507 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*Eliav, Mulligan, Miller, Ferrer, Torres,*<br>*Rowell, Monahan, Santos and Gonzalez*<br>100 Church Street, Rm. 3-201<br>New York, New York 10007 |

By: _____  By: _____
David Rankin                                            Andrew Lucas
*Attorney for Plaintiff*                              *Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2013

_____
HON. HAROLD BAER
UNITED STATES DISTRICT JUDGE